Form oscmlfee – oscmlfeev27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18–33234–JKS
        Chapter: 13
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Gerard Faulkner                                            Elizabeth Faulkner
   91 Sherman Ridge Road                            91 Sherman Ridge Road
   Wantage, NJ 07461                                      Wantage, NJ 07461

Social Security No.:
   xxx–xx–7605                                                  xxx–xx–6137

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO MAKE INSTALLMENT PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES

   The Court having noted that:

☐   An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on in the amount of $ has not been received by the Clerk,

☑   The debtor filed a Amendment to Schedule E/F on 1/14/19 that requires the payment of a fee in the amount of $ 31.00, and that the fee has not been received by the Clerk,

   It is hereby

   ORDERED that the fee in the amount indicated above must be received by the Clerk on or before 1/28/19 or the case will be dismissed.

   If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 1/28/19.

   If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable John K. Sherwood on

Date: fEBRUARY 14, 2019
Time: 10:00 AM
Location: Courtroom 3D
Address:   Martin Luther King, Jr . Federal Building
                50 Walnut Street
                3rd Floor
                Newark, NJ 07102

Dated: January 15, 2019
JAN: wdh

<u>John K. Sherwood</u>
United States Bankruptcy Judge