UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

HOOK & FATOVICH, LLC
1044 Route 23 North, Ste. 204
Wayne, New Jersey 07470
Tel.: 973.686.3800
Fax: 973.686.3801
Milica A. Fatovich, Esq.
Attorneys for Debtor

In Re:

Gerard Faulkner and Elizabeth Faulkner,

                                    Debtors.

**Order Filed on January 14, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| Case Number: | 18-33234(JKS) |
| Hearing Date: | N/A |
| Judge: | Sherwood |
| Chapter: | 13 |

Recommended Local Form:      ☑ Followed      ☐ Modified

# ORDER RE EXTENSION OF TIME
## TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 14, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☑    Granted.  The deadline to file schedules is extended to _____ January 14, 2019 _____.

☐    Denied.

*rev.8/1/15*