Form 132 – 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  18−33234−JKS
        Chapter:  13
        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Gerard Faulkner | Elizabeth Faulkner |
| 91 Sherman Ridge Road | 91 Sherman Ridge Road |
| Wantage, NJ 07461 | Wantage, NJ 07461 |

Social Security No.:
  xxx−xx−7605                           xxx−xx−6137

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:              2/14/19
Time:             08:30 AM
Location:        Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 15, 2019
JAN: wdh

                                              Jeanne Naughton
                                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Gerard Faulkner  
Elizabeth Faulkner  
       Debtors

Case No. 18-33234-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2      Date Rcvd: Jan 15, 2019  
                        Form ID: 132      Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2019.

```
db/jdb         +Gerard Faulkner,    Elizabeth Faulkner,    91 Sherman Ridge Road,    Wantage, NJ 07461-3034
517970086      +Atlantic Health System,    PO Box 21385,    New York, NY 10087-1385
517888467      +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
517888468      +Convergent Outsourcing, Inc.,    Attn: Bankruptcy,    Po Box 9004,    Renton, WA 98057-9004
517888469      +Costco Go Anywhere Citicard,    Citicorp Credit Services/Centralized Ban,    Po Box 790040,
                 St. Louis, MO 63179-0040
517970087      +Hackensack Radiology Assoc.,    PO Box 655,    Hackettstown, NJ 07840-0655
517888471      +I C System Inc,    Attn: Bankruptcy,    Po Box 64378,    St Paul, MN 55164-0378
517888475      +Planet Home Lending as Servicer for,    Wilmington Trust, N.A. - Trustee for,
                 MFRA Trust 2015-1,    321 Research Pkwy., Ste 303,    Meriden, CT 06450-8342
517888476       Regional Energy f/k/a Regional Oil Co.,    460 NJ-23,    Franklin, NJ 07416
517888477      +State of New Jersey Attorney General,    R.J. Hughes Justice Complex,    25 Market Street,
                 P.O. Box 112,    Trenton, NJ 08625-0112
517970090      +Terrence A Duddy, DDS,    2A Myrtle Drive,    Montague, NJ 07827-3059
517888478      +Wilmington Trust, N.A. solely as Trustee,    for MFRA Trust 2015-1,    C/o KML Law Group, PC,
                 216 Haddon Ave. Ste 406,    Westmont, NJ 08108-2812
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 15 2019 23:45:24     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 15 2019 23:45:21     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517888466      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 15 2019 23:54:13     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517888470      +E-mail/Text: bankruptcynotices@dcicollect.com Jan 15 2019 23:45:59
                 Diversified Consultants, Inc.,    Attn: Bankruptcy,    Po Box 551268,
                 Jacksonville, FL 32255-1268
517888472       E-mail/Text: cio.bncmail@irs.gov Jan 15 2019 23:44:43     Internal Revenue Service,
                 Centralized Insolvency Operation,    2970 Market Street,    PO Box 7346,
                 Philadelphia, PA 19101-7346
517925053       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 15 2019 23:53:30     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517888473      +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 15 2019 23:53:30
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                 Greenville, SC 29603-0497
517962989      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 15 2019 23:45:20     MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517888474      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 15 2019 23:45:20     Midland Funding,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
                                                                                              TOTAL: 9
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2019                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Jan 15, 2019
                               Form ID: 132             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2019 at the address(es) listed below:

        Marie-Ann Greenberg    magecf@magtrustee.com
        Milica A. Fatovich    on behalf of Joint Debtor Elizabeth  Faulkner mfatovich@hookandfatovich.com, fyablonsky@hookandfatovich.com
        Milica A. Fatovich    on behalf of Debtor Gerard  Faulkner mfatovich@hookandfatovich.com, fyablonsky@hookandfatovich.com
        Rebecca Ann Solarz    on behalf of Creditor   Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 5