Form oscmlfee – oscmlfeev27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 18−33234−JKS
                        Chapter: 13
                        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gerard Faulkner                                         Elizabeth Faulkner
   91 Sherman Ridge Road                      91 Sherman Ridge Road
   Wantage, NJ 07461                              Wantage, NJ 07461

Social Security No.:
   xxx−xx−7605                                          xxx−xx−6137

Employer's Tax I.D. No.:

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE
DISMISSED FOR FAILURE TO MAKE INSTALLMENT
PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES**

   The Court having noted that:

   ☐    An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on in the amount of $ has not been received by the Clerk,

   ☑    The debtor filed a Amendment to Schedule E/F on 1/14/19 that requires the payment of a fee in the amount of $ 31.00, and that the fee has not been received by the Clerk,

   It is hereby

   ORDERED that the fee in the amount indicated above must be received by the Clerk on or before 1/28/19 or the case will be dismissed.

   If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 1/28/19.

   If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable John K. Sherwood on

Date: fEBRUARY 14, 2019
Time: 10:00 AM
Location: Courtroom 3D
Address:    Martin Luther King, Jr . Federal Building
                50 Walnut Street
                3rd Floor
                Newark, NJ 07102

Dated: January 15, 2019
JAN: wdh

<u>John K. Sherwood</u>
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:
Gerard Faulkner
Elizabeth Faulkner
      Debtors

Case No. 18-33234-JKS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: Jan 15, 2019
                              Form ID: oscmlfee   Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2019.
db/jdb       +Gerard Faulkner,   Elizabeth Faulkner,   91 Sherman Ridge Road,   Wantage, NJ 07461-3034

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 15 2019 22:16:42     United States Trustee,
          Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
          Newark, NJ 07102-5235
                                                                                                                                    TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2019 at the address(es) listed below:
          Marie-Ann Greenberg    magecf@magtrustee.com
          Milica A. Fatovich    on behalf of Joint Debtor Elizabeth  Faulkner mfatovich@hookandfatovich.com,
           fyablonsky@hookandfatovich.com
          Milica A. Fatovich    on behalf of Debtor Gerard  Faulkner mfatovich@hookandfatovich.com,
           fyablonsky@hookandfatovich.com
          Rebecca Ann Solarz    on behalf of Creditor   Wilmington Trust, National Association, not in its
           individual capacity, but solely as trustee for MFRA Trust 2015-1 rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                              TOTAL: 5