UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

HOOK & FATOVICH, LLC
1044 Route 23 North, Ste. 204
Wayne, New Jersey 07470
Tel.: 973.686.3800
Fax: 973.686.3801
Milica A. Fatovich, Esq.
Attorneys for Debtor

Order Filed on January 14, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Gerard Faulkner and Elizabeth Faulkner,

Debtors.

| | |
|---|---|
| Case Number: | 18-33234(JKS) |
| Hearing Date: | N/A |
| Judge: | Sherwood |
| Chapter: | 13 |

Recommended Local Form:   ☒ Followed   ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 14, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☑   Granted.  The deadline to file schedules is extended to  January 14, 2019  .

☐   Denied.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Gerard Faulkner  
Elizabeth Faulkner  
      Debtors

Case No. 18-33234-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jan 15, 2019  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2019.  
db/jdb        +Gerard Faulkner,   Elizabeth Faulkner,   91 Sherman Ridge Road,   Wantage, NJ 07461-3034

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2019                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2019 at the address(es) listed below:  
          Marie-Ann Greenberg    magecf@magtrustee.com  
          Milica A. Fatovich    on behalf of Joint Debtor Elizabeth Faulkner mfatovich@hookandfatovich.com, fyablonsky@hookandfatovich.com  
          Milica A. Fatovich    on behalf of Debtor Gerard Faulkner mfatovich@hookandfatovich.com, fyablonsky@hookandfatovich.com  
          Rebecca Ann Solarz    on behalf of Creditor    Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 rsolarz@kmllawgroup.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                    TOTAL: 5