Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−33234−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gerard Faulkner
91 Sherman Ridge Road
Wantage, NJ 07461

Elizabeth Faulkner
91 Sherman Ridge Road
Wantage, NJ 07461

Social Security No.:
xxx−xx−7605

xxx−xx−6137

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on August 23, 2019.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 23, 2019
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-33234-JKS
Gerard Faulkner                                                           Chapter 13
Elizabeth Faulkner
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 2              Date Rcvd: Aug 23, 2019
                             Form ID: 148             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2019.
```
db/jdb         +Gerard Faulkner,    Elizabeth Faulkner,    91 Sherman Ridge Road,    Wantage, NJ 07461-3034
acc            +Dennis G. Barker, C.P.A.,    885 Lincoln Avenue,    Glen Rock, NJ 07452-3230
cr             +Planet Home Lending, LLC as servicer for Wilmington,    FRIEDMAN VARTOLO, LLP,
                 1325 Franklin Avenue,    Suite 230,    Garden City, NY 11530-1631
517970086      +Atlantic Health System,    PO Box 21385,    New York, NY 10087-1385
517888467      +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
517888469      +Costco Go Anywhere Citicard,    Citicorp Credit Services/Centralized Ban,    Po Box 790040,
                 St. Louis, MO 63179-0040
517970087      +Hackensack Radiology Assoc.,    PO Box 655,    Hackettstown, NJ 07840-0655
517993142      +Hackettstown Radiology Assoc.,    P.O. Box 655,    Hackettstown, NJ 07840-0655
517993143      +Mazen Itani, MD,    C/o C. Tech Collections, Inc.,    P.O. Box 402,    Mount Sinai, NY 11766-0402
517888475      +Planet Home Lending as Servicer for,    Wilmington Trust, N.A. - Trustee for,
                 MFRA Trust 2015-1,    321 Research Pkwy., Ste 303,    Meriden, CT 06450-8342
517888476       Regional Energy f/k/a Regional Oil Co.,    460 NJ-23,    Franklin, NJ 07416
517888477      +State of New Jersey Attorney General,    R.J. Hughes Justice Complex,    25 Market Street,
                 P.O. Box 112,    Trenton, NJ 08625-0112
517970090      +Terrence A Duddy, DDS,    2A Myrtle Drive,    Montague, NJ 07827-3059
517993144      +Terrence A. Duddy, D.D.S.,    2A Myrtle Drive,    Montague, NJ 07827-3059
517888478      +Wilmington Trust, N.A. solely as Trustee,    for MFRA Trust 2015-1,    C/o KML Law Group, PC,
                 216 Haddon Ave. Ste 406,    Westmont, NJ 08108-2812
518013416      +Wilmington Trust, National Association, not in its,    Planet Home Lending, LLC,
                 321 Research Pkwy #303,    Meriden, CT 06450-8342

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 24 2019 00:25:34      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 24 2019 00:25:29      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517888466      +EDI: CAPITALONE.COM Aug 24 2019 03:53:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
517888468      +EDI: CONVERGENT.COM Aug 24 2019 03:53:00      Convergent Outsourcing, Inc.,    Attn: Bankruptcy,
                 Po Box 9004,    Renton, WA 98057-9004
517993887      +EDI: AIS.COM Aug 24 2019 03:53:00      Directv, LLC,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517888470      +EDI: DCI.COM Aug 24 2019 03:53:00      Diversified Consultants, Inc.,    Attn: Bankruptcy,
                 Po Box 551268,    Jacksonville, FL 32255-1268
517888471      +EDI: IIC9.COM Aug 24 2019 03:53:00      I C System Inc,    Attn: Bankruptcy,    Po Box 64378,
                 St Paul, MN 55164-0378
517888472       EDI: IRS.COM Aug 24 2019 03:53:00      Internal Revenue Service,
                 Centralized Insolvency Operation,    2970 Market Street,    PO Box 7346,
                 Philadelphia, PA 19101-7346
517925053       EDI: RESURGENT.COM Aug 24 2019 03:53:00      LVNV Funding, LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
517888473      +EDI: RESURGENT.COM Aug 24 2019 03:53:00      LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,
                 Po Box 10497,    Greenville, SC 29603-0497
517962989      +EDI: MID8.COM Aug 24 2019 03:53:00      MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
517888474      +EDI: MID8.COM Aug 24 2019 03:53:00      Midland Funding,    2365 Northside Dr Ste 300,
                 San Diego, CA 92108-2709
517989513      +EDI: AIS.COM Aug 24 2019 03:53:00      Verizon,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517993141*     +Atlantic Health System,    P.O. Box 21385,    New York, NY 10087-1385
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin             Page 2 of 2             Date Rcvd: Aug 23, 2019
                              Form ID: 148            Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2015-1 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jonathan C. Schwalb    on behalf of Creditor    Planet Home Lending, LLC as servicer for Wilmington
               Trust, National Association, not in its individual capacity, but solely as trustee for MFRA
               Trust 2015-1 bankruptcy@friedmanvartolo.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Milica A. Fatovich    on behalf of Joint Debtor Elizabeth  Faulkner mfatovich@hookandfatovich.com,
               fyablonsky@hookandfatovich.com
              Milica A. Fatovich    on behalf of Debtor Gerard  Faulkner mfatovich@hookandfatovich.com,
               fyablonsky@hookandfatovich.com
              Rebecca Ann Solarz    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2015-1 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```